1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT
9                              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   RICKEY LOUIS ALFORD,                         No.  2:21-cv-0165 AC P
12                  Petitioner,
13         v.                                     <u>ORDER</u>
14   SCOTT KERNAN,
15                  Respondent.
16
17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18   corpus pursuant to 28 U.S.C. § 2254.  ECF No. 1.
19        Petitioner is incarcerated in Los Angeles and was convicted in Los Angeles County.  Los
20   Angeles in an area embraced by the United States District Court for the Central of California.
21        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of
22   confinement have concurrent jurisdiction over applications for habeas corpus filed by state
23   prisoners.  Because petitioner was not convicted in this district, and is not presently confined
24   here, this court does not have jurisdiction to entertain the application.
25   ////
26   ////
27   ////
28   ////

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 | transferred to the United States District Court for the Central of California. 28 U.S.C. § 2241(d);
3 | 28 U.S.C. § 1406(a).
4 | DATED: February 1, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE