UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 21-00928-AB (AS) | Date | April 12, 2021 |
|---|---|---|---|
| Title | *Ricky Louis Alford v. Scott Kernan* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On February 23, 2021, the Court issued an Order dismissing the First Amended Petition in this action with leave to amend and directed Petitioner to file either a Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 ("Second Amended Petition"), no later than March 25, 2021 if he still wished to pursue this action. (Dkt. No. 8). Plaintiff was also advised that if he wished to file a civil rights action pursuant to 42 U.S.C. § 1983, he should file a voluntary dismissal of this action and then proceed to file a Civil Rights Complaint, pursuant to 42 U.S.C. § 1983, on the proper Central District form. Id.

The Court's February 23, 2021 Order stated the following: "Petitioner is advised that his failure to comply with the above requirements may result in a recommendation that this action be dismissed for failure to comply with the Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P 41(b)." Id. (citing to Pagtalunan v. Galaza, 291 F.3d 639 (9th Cir. 2002)).

To date, Petitioner has failed to file a Second Amended Petition, or request an extension of time to do so.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order (by no later than **May 12, 2021**), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 21-00928-AB (AS) | Date | April 12, 2021 |
|---|---|---|---|
| Title | *Ricky Louis Alford v. Scott Kernan* | | |

Petitioner may discharge this Order by filing a Second Amended Petition which complies with the Court's February 23, 2021 Order, **or** a statement setting forth why he is unable to do so.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders and/or for his failure to prosecute.  See Fed.R. Civ. P. 41(b).**

IT IS SO ORDERED.

                                                                                            0  :  00

Initials of Preparer            AF