**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, aka Morris Day,<br><br>Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation,<br><br>Respondent. | CASE NO. CV 21-00928-AB(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

//

//

//

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 22, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2